IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1599-D

| | |
|---|---|
| STEVEN AARON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CORTEVA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

On February 16, 2024, Corteva, Inc. ("Corteva"), DuPont de Nemours, Inc. ("DuPont"), EIDP, Inc. ("EIDP"), the Chemours Company ("Chemours"), and the Chemours Company FC, LLC ("Chemours FC") (collectively, "defendants") moved to dismiss plaintiffs' amended complaint. See [D.E. 34, 35].

The claims in this action mirror the claims in Brown v. Corteva, Inc., No. 7:23-CV-1409. The court's reasoning in resolving the pending motion in this case mirrors the court's order granting in part and denying in part defendants' motion to dismiss the amended complaint in Brown v. Corteva, Inc., No. 7:23-CV-1409.

In sum, the court GRANTS IN PART and DENIES IN PART defendants' motion to dismiss plaintiffs' amended complaint [D.E. 34]. Thus, the only claims that remain are plaintiffs' negligence, gross negligence, private nuisance, and trespass to real property claims against defendants.

SO ORDERED. This 19 day of September, 2024.

JAMES C. DEVER III
United States District Judge